FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 04 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:19-CR- 138 |
| | § | Heartfield |
| BRANDON ADAM SPENCER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**Count One**            (Violation: 21 U.S.C. § 841(a)(1) Possession of a controlled substance for distribution)

On or about February 7, 2019, in the Eastern District of Texas, **Brandon Adam Spencer**, defendant, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, F5-MDMB-PINACA, a synthetic cannabinoid.

All in violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As the result of committing the felony offense in violation of Title 21, United States Code, Section 841(a)(1) alleged in Count One of this Indictment, defendant **Brandon Adam Spencer** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(p) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation[s] and any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

1. MONEY JUDGMENT, being a sum of money equal to $5,000 in United States currency representing the amount of proceeds the defendant obtained as a result of the narcotics offenses, in violation of 21 U.S.C. 841.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL

9/4/19

GRAND JURY FOREPERSON


JOSEPH D. BROWN
UNITED STATES ATTORNEY

ROBERT L. RAWLS
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| BRANDON ADAM SPENCER | § | CRIMINAL NO. 1:19-CR- 138 |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. §841(a)(1)

Penalty: Imprisonment of not more than twenty years, a fine not to exceed $1 million, or both. A term of supervised release of at least 3 years, but not more than life.

Special Assessment: $100.00